# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON NYCOLE ROBINSON

NO. 2022 KW 0690

**SEPTEMBER 12, 2022**

---

In Re:   Brandon Nycole Robinson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 716,974.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to meet his burden of demonstrating that but for defense and appellate counsels' alleged errors, there is a reasonable probability the outcome of the trial would have been different.   La. Code Crim. P. art. 930.2; **Strickland v. Washington**, 466 U.S. 668, 694, 104 S.Ct. 2052, 2068, 80 L.Ed.2d 674 (1984).

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT